UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA PEARL EVANOCK,<br>    Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:19-CV-889 |
| v. | )<br>) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL,<br>    Defendant | )<br>) | |

## ORDER

IT IS HEREBY ORDERED THAT Plaintiff's request for the award of benefits, or in the alternative a new administrative hearing is DENIED as follows:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is issued in favor of the Commissioner of the Social Security Administration.

(3) The Clerk of Court is directed to CLOSE this case.

Date: May 20, 2020                    BY THE COURT

                                                        *s/William I. Arbuckle*
                                                        William I. Arbuckle
                                                        U.S. Magistrate Judge